

# Fourth Court of Appeals
## San Antonio, Texas

January 22, 2025

No. 04-24-00750-CR

Michael Anthony **ALEMAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR0560
Honorable Michael E. Mery, Judge Presiding

**ORDER**

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on January 22, 2025.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of January, 2025.

_____
Luz Estrada, Chief Deputy Clerk